UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ONEAL PRITCHARD,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>JAMES E. TILTON, SCTY; CAL.<br>DEPT. CORRECTIONS &<br>REHABILITATION,<br><br>　　　　　Respondents. | Case No. CV 07-6928-DOC(RC)<br><br>ORDER ADOPTING REPORT AND<br>RECOMMENDATION OF UNITED STATES<br>MAGISTRATE JUDGE AND ORDER DENYING<br>CERTIFICATE OF APPEALABILITY |

　　　Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as petitioner's Objections, and has made a de novo determination.

　　　IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered denying the petition and dismissing the action.

//

1  This Court finds an appeal would not be taken in good faith, and
2  petitioner has not made a substantial showing that he has been denied
3  a constitutional right, for the reasons set forth in the Report and
4  Recommendation of the United States Magistrate Judge, and accordingly,
5  a certificate of appealability should not issue under 28 U.S.C.
6  § 2253(c)(2) and Fed. R. App. P. 22(b).  Slack v. McDaniel, 529 U.S.
7  473, 483, 120 S. Ct. 1595, 1604, 146 L. Ed. 2d 542 (2000); Mayfield v.
8  Calderon, 229 F.3d 895, 900 (9th Cir. 2000).  Thus, IT IS FURTHER
9  ORDERED that a Certificate of Appealability be DENIED.

11  FINALLY, IT IS FURTHER ORDERED that the Clerk shall serve copies
12 of this Order, the Magistrate Judge's Report and Recommendation and
13 Judgment by the United States mail on the parties.

15 DATED: April 28, 2010

            *David O. Carter* (signature)
            _____
17                DAVID O. CARTER
            UNITED STATES DISTRICT JUDGE

19 R&Rs\07-6928.ado2
   4/27/10

2