UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ONEAL PRITCHARD,<br><br>        Petitioner,<br><br>vs.<br><br>JAMES E. TILTON, SCTY; CAL.<br>DEPT. CORRECTIONS &<br>REHABILITATION,<br><br>        Respondents. | ) Case No. CV 07-6928-DOC(RC)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

    IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed.

DATE: April 28, 2010

                                          /s/ David O. Carter
                                        DAVID O. CARTER
                           UNITED STATES DISTRICT JUDGE

R&Rs\07-6928.jud2
4/8/10